IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES E. JOHNSON                                                            PETITIONER

v.                             Civil No. 6:06-cv-6063

LARRY NORRIS, Director,
Arkansas Department of Correction                              RESPONDENT

**ORDER**

       Before the Court is CHARLES E. JOHNSON's Petition for Writ of Habeas Corpus. (Doc. No. 1). The Petition asserts ten (10) grounds for relief from a sentence of thirty-five (35) years imposed by the Circuit Court of Garland County, Arkansas. On November 20, 2006, a Response to the Petition was filed by Respondent Larry Norris. (Doc. No. 6). The Response asserts that grounds 1, 3, 4, and 10 do not establish that the judgment and sentence of the state court was either contrary to clearly established Federal law or an unreasonable application of clearly established Federal law. The Response also asserts the remaining grounds for relief asserted in the Petition are procedurally barred from review by the Court. The Petitioner has not replied to the factual or legal arguments made by the Respondent. Before the Court can determine whether an evidentiary hearing is required in this matter pursuant to Rule 8 of the Rules Governing Section 2254 Cases, Petitioner should reply to the arguments of the Response.

       **IT IS THEREFORE ORDERED,** the Petitioner, by and through his counsel, shall file his Reply to the Response filed herein within 20 days of the date of this Order.

       **DATED** this **30th day of April, 2007**.

                                                                 /s/ Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            UNITED STATES MAGISTRATE JUDGE