IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES E. JOHNSON                                              PETITIONER

    V.                    Civil No. 06-6063

LARRY B. NORRIS, Director,
Arkansas Department of Correction                               RESPONDENT

<u>O R D E R</u>

On this 6th day of March 2008, there comes on for consideration the report and recommendation filed in this case on February 13, 2008, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 19.)  Petitioner has filed written objections to the report and recommendation.  (Doc. 20.)

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**