IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES E. JOHNSON                                               PETITIONER

    v.                              06-06063

LARRY B. NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                                RESPONDENT

## ORDER

Now on this 15th day of May, 2007, there comes on for consideration Petitioner's motion for a certificate of appealability filed on April 18, 2007 in the above-styled case.

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the motion should be and hereby is DENIED.

                                              */s/ Robert T. Dawson*
                                         Honorable Robert T. Dawson
                                         United States District Judge